United States District Court
Southern District of Texas
**ENTERED**
March 08, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONIQUE FRASER, ET AL., § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. H-11-3890 |
| § | |
| PATRICK O'CONNOR & ASSOCIATES, § | |
| L.P., ET AL., § | |
| Defendants. § | |

## ORDER

Before the Magistrate Judge upon referral from the District Judge is Plaintiffs' sealed Motion to Limit Testimony or Compel Deposition (sealed Document No. 194), in which Plaintiffs seek an Order either limiting the testimony of Defendants' damages expert (Joseph Richardson), whose expert report was not served on Plaintiffs until October 2016, or requiring Defendants to make that damages expert available for deposition.

Having considered the motion, the response, the circumstances surrounding the need for Defendants to designate a new damages expert, both the date of Richardson's report and its substance, and the recent Order vacating the Docket Call setting (Document No. 196), it is

ORDERED that Plaintiffs' sealed Motion to Compel Deposition (sealed Document No. 194) is GRANTED and Defendants shall, notwithstanding the expiration of the discovery deadline, make Mr. Richardson available for deposition within thirty days after the entry of this Order. Plaintiffs' alternative Motion to Limit Testimony (Document No. 194) is DENIED.

Signed at Houston, Texas, this 7th day of March, 2017.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE