IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE FRASER et al. | § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | CASE NO. 4:11-cv-03890 |
| | § | |
| PATRICK O'CONNOR & ASSOCIATES, L.P. D/B/A O'CONNOR & ASSOCIATES et al. | § § § § | |
| *Defendants.* | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Gabriela M. Barake of the firm of Minces PLLC, 4545 Bissonnet Street, Suite 286, Bellaire, Texas 77401, telephone number (346) 701-8563, Texas Bar No. 24099794, Federal I.D. No. 3006704, will appear as counsel for Plaintiffs.

Respectfully submitted,

MINCES PLLC

By: */s/ Gabriela M. Barake*
    **David M. Minces**
    Attorney-in-Charge
    Federal I.D. No.: 435389
    State Bar No.: 24026880
    Email: david.minces@mincespllc.com
    4545 Bissonnet St., Suite 286
    Bellaire, TX 77401
    Telephone: (346) 701-8563
    Facsimile: (713) 583-9795
    **ATTORNEYS FOR PLAINTIFFS**

OF COUNSEL:

**Francisco J. Caycedo**
Federal I.D. No.: 36976
State Bar No. 24040664
Email: frank.caycedo@mincespllc.com

**Gabriela M. Barake**
Federal I.D. No.: 3006704
State Bar No.: 24099794
Email: gabriela.barake@mincespllc.com

M<small>INCES</small> PLLC
4545 Bissonnet St., Suite 286
Bellaire, TX 77401
Telephone: (346) 701-8563
Facsimile: (713) 583-9795

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing. Service on any party or counsel who is not a Filing User was accomplished via certified mail – return receipt requested, in accordance with the Federal Rules of Civil Procedure on March 20, 2017.



*/s/ Gabriela M. Barake*
Gabriela M. Barake