IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONIQUE FRASER, CASSANDRA, MALVO, TANYA AUSTIN, WINSTED FRASER, LIONEL ALARCON, CHRISTIAN FOSTER, and MAHLON SMITH, on Behalf of Themselves and Others Similarly Situated, | § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | (Judge Melinda Harmon) CIVIL ACTION NO. 4:11-cv-03890 |
| PATRICK O'CONNOR & ASSOCIATES, L.P. D/B/A O'CONNOR & ASSOCIATES, O'CONNOR MANAGEMENT, L.L.C., PATRICK O'CONNOR, KATHLEEN O'CONNOR, MIKE WEBB, JANICE PHILLIPS, and KATHY RIGGS, | § § § § § § § | |
| Defendants. | § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Brian Sanchez of the firm Neel, Hooper & Banes, 1800 West Loop South, Suite 1750, Houston, Texas, 77027, (713) 629-1800, Texas Bar No. 24098375, Federal ID No. 2981441, will appear as counsel for Defendants.

Respectfully submitted,

NEEL, HOOPER & BANES, P.C.


By: /s/ Brian Sanchez
Bryant S. Banes
Attorney-in-Charge
Texas State Bar No. 24035950
Federal ID No. 31149
Brian Sanchez
Texas State Bar No. 24098375
Federal ID No. 2981441
1800 West Loop South
Suite 1750
Houston, Texas 77027
(713) 629-1800
(713) 629-1812 (Fax)
Email: bbanes@nhblaw.com
Email: bsanchez@nhblaw.com

**ATTORNEYS FOR DEFENDANTS**


Of Counsel:
**Tonya M. Felix**
O'Connor & Associates
2200 North Loop West
Suite 200
Houston, Texas 77018


**Hugh L. McKenney**
McKenney Associates, PC
2200 North Loop West
Suite 333
Houston, Texas 77018

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court on this 17th day of August, 2017, using the CM/ECF system, which shall send notification of such filing to the following:

David M. Minces PLLC
4545 Bissonnet Street, Suite 286
Bellaire, Texas 77401

_____
Bryant S. Banes