# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Monique Fraser et al.

§
§
§
§
§    CIVIL ACTION NUMBER:
§    4:11-cv-03890
§
§

*versus*

Patrick O'Connor & Associates, L.P. et al.

§
§
§
§

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

| | |
|---|---|
| Monique Fraser, Cassandra Malvo, Mahlon Smith and Christian Foster (Plaintiffs) |  |
| Patrick O'Connor & Associates, L.P., O'Connor Management LLC, Patrick O'Connor, Kathleen O'Connor, Mike Webb, Janice Phillips and Kathy Riggs (Defendants) | |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

| | |
|---|---|
| Date | United States District Judge |

SDTX (consent mag) 7/13/98