United States District Court
Southern District of Texas
**ENTERED**
September 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONIQUE FRASER, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. H-11-3890 |
| § | |
| PATRICK O'CONNOR & ASSOCIATES, § | |
| L.P., ET AL., § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Based on the findings of fact and conclusions of law entered this date, it is

ORDERED and ADJUDGED Plaintiffs shall have and recover from Defendants the amount of $286,671.00, which amount represents the unpaid overtime due to Plaintiffs, plus costs of court, and interest accruing on the foregoing amount at a rate of 2.50% per annum from the date this Judgment is entered until paid.

Signed at Houston, Texas, this 17th day of September, 2018.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE